UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSE LUIS PADILLA POSADAS,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, *et al.*,<br><br>Respondents. | No. 1:26-cv-10276-ADB |

**STATUS REPORT**

Respondents respectfully submit the following status report in response to the Court's Order (Doc. No. 8):

U.S. Immigration and Customs Enforcement informs undersigned counsel that the immigration court granted bond to Petitioner Jose Luis Padilla Posadas on February 5, 2026, and he was released on February 10, 2026.

Dated: February 11, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Julian N. Canzoneri*

Julian N. Canzoneri
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3170
julian.canzoneri@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on February 11, 2026.

*/s/ Julian N. Canzoneri*
Julian N. Canzoneri
Assistant U.S. Attorney