**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Jose Luis Padilla Posadas
Petitioner

CIVIL ACTION

V.

NO. 1:26-cv-10276-ADB

Patricia Hyde et al
Respondents

# JUDGMENT

Burroughs, D. J.

In accordance with the Court's Electronic Order dated February 2, 2026 (ECF No. 8) GRANTING Petitioner Jose Luis Padilla Posadas's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

June 3, 2026
Date

/s/Caetlin McManus
Deputy Clerk