# DECLARATION OF JOSE LUIS PADILLA POSADAS

I hereby state as follows:

1. My full legal name is Jose Luis Padilla Posadas. I am not a citizen of the United States. I have an approved I-360 petition for Special Immigrant Juvenile Status.

2. I am comfortable with spoken and written English. This declaration was drafted from information I gave to my attorney in English. Before I signed, I read the entire application and had the opportunity to make corrections.

3. On the morning of January 22, 2026, I drove my car to my work site, a private home in Gorham, Maine. My girlfriend Vanessa Gaitan was with me that day. I am a self-employed construction worker. We had already arrived at a private home where I was going to make some quick repairs on the stairs; there was no general contractor for this small job. Nobody else was there.

4. Shortly after we arrived, immigration officers appeared in four unmarked vehicles. Apparently the neighbor saw them arrive, and started recording. Vanessa found the recording on Facebook at one point, but we cannot find it again.

5. When they first arrived, a lady and two gentlemen got out. They were wearing face masks. The other officers stayed in their cars. Right away, the woman officer grabbed Vanessa's arm and didn't let go. They spoke English to us, asking if we had some kind of permit to be here.

6. I told the officers I had Special Immigrant status and that my work permit was in my car. I offered to get the documents out of my car. When I went to my car, before I could open the door, the officers grabbed my hands and arrested me. They didn't let me get my documents from the car to show them and they didn't even seem interested. I asked if they had a warrant or other reason to arrest me. They said yes, but they never showed it to me.

7. I don't believe they actually had a warrant for my arrest at that time. The officers didn't even know my name when they first arrived. One of them took my photo with their phone, and somehow pulled up my information that way.

8. Vanessa was able to show her green card, so they didn't arrest her.

9. They arrested me around 7 am. Then they transferred me from van to van, and drove me around to random places for a really long time. Finally we arrived in Burlington, Massachusetts around 3:45pm. That day I didn't have anything to eat until around midnight. When I first got there, I asked them for food as I hadn't eaten breakfast in the morning, but they just put me in the room and told me to wait.

10. At Burlington, the officers told me that my deferred action and employment authorization would be revoked. They didn't tell me why, even though I asked. They just skipped my questions without answering, saying I didn't have permission to be here. They also gave me a notice to appear in immigration court, even though my attorney had already terminated my court proceedings.

11. The officers gave me some paperwork with my name on it, and the same date of January 22. One of those documents was a warrant, also dated January 22. This was the first time I had seen the warrant. I noticed the paperwork said I was arrested in Old Orchard Beach, but this was not correct – I was definitely in Gorham at the time.

12. I stayed in Burlington for around three or four days before they took me to the actual detention center. It was really bad there. We were approximately forty men in a small room. We had to sleep there on the floor, no blanket, no pillow, nothing. If you stood up, you wouldn't be able to sit back down again because there were so many people there. There was no shower, and only one toilet and sink for all those people. For food, we were given some kind of microwaved mashed potatoes, and not much of it.

13. In Plymouth County, it was better by comparison because we had more space and actual beds and meals. However, my health was affected. When I was arrested I weighed around 190 pounds, and I lost 20 pounds over the one month in detention. I am not sure what caused this, maybe stress.

14. This experience of being arrested held me back. I was in detention for around a month, and I wasn't able to work to pay my bills. I have a lot of responsibilities: a monthly loan payment and insurance on my work truck and another vehicle, and my rent and other bills. Plus, I had to pay the $6000 bond ordered by the judge, which I couldn't afford on my own. It also hurt my reputation as a construction

[signature page follows]

worker; I had jobs scheduled and I couldn't show up to do the work.

15. From the paperwork my attorney got, I understand the officers were looking for someone named Yeimi Lorenzo Cruz on the day I was arrested. I don't know anyone with that name at all.

16. Losing my deferred action and work permit is also a big problem for me. I feel very unsafe without deferred action. I thought it was supposed to protect me from being arrested like this, but it didn't. It's going to be a big problem if I don't have employment authorization and can't earn a living. I have built my own business over years of hard work, and I don't want to lose that.

17. I was also impacted psychologically by being arrested and losing my deferred action. I don't feel that anyone around me is safe anymore. Any time we go out, we could get arrested for no reason. It happened to me. On the day I was arrested, I was just going to work and not worrying, because I hadn't done anything wrong. Now, I worry about being arrested again, and about people close to me getting arrested too. Vanessa worries about me, too. It is affecting us both a lot.

[Signature page follows]

I declare under the pains and penalties of perjury that the foregoing is true and correct.

Dated: 05/11/26

Jose Luis Padilla Posadas