**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Jose Luis Padilla Posadas
Petitioner

V.

Patricia Hyde et al
Respondents

CIVIL ACTION

NO. 1:26-cv-10276-ADB

**SUPPLEMENTAL JUDGMENT**

Burroughs, D. J.

In accordance with the Court's Memorandum and Order dated September 30, 2026, (ECF No. 28) GRANTING Petitioner Jose Luis Padilla Posadas's motion for further relief, [ECF No. 17], it is hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

September 30, 2026
Date

/s/Caetlin McManus
Deputy Clerk